UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:06-cv-109 |
| v. ) | |
| ) | Judge Mattice |
| TENNESSEE MINERALS, LLC, ) | |
| ) | |
| *Defendant.* ) | |

## **ORDER**

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 13.] No objections were filed within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff CSX Transportation, Inc. shall be awarded damages in the amount of $475,708.00.

The Clerk is directed to close the file in this case.

SO ORDERED this 12th day of April, 2007.

                                                      */s/Harry S. Mattice, Jr.*
                                                      HARRY S. MATTICE, JR.
                                                     UNITED STATES DISTRICT JUDGE